✎GAM 35  
(Rev. 2/06)

**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 5:21-CR-00050-001 (MTT) |
| **ANSLEY NICOLE HUNT** | |

On February 2, 2022, the probation period of 36 months commenced. Ansley Nicole Hunt has complied with the rules and regulations of supervised release, she has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended Ansley Nicole Hunt be discharged from supervision.

Respectfully submitted,

James O. Poe, III
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this   28th   day of   October  , 2024.

S/ Marc T. Treadwell

MARC T. TREADWELL
U.S. DISTRICT JUDGE